STATE, EX REL. FLOCKEN *v.* KEENE, SHERIFF, ETC.

[No. 13,200.   Filed December 7, 1927.]

From Sullivan Circuit Court; *Webster V. Moffett,* Special Judge.

Action by the State of Indiana on the relation of —————— Flocken against Luther Keene. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Louis Meier,* for appellant.

*Lee F. Bays, Lindley & Bedwell, Norval K. Harris* and *Martin L. Pigg,* for appellee.

PER CURIAM.—Judgment affirmed.

BEILACH, ETC., *v.* URLEWITZ.

[No. 12,848.   Filed May 24, 1927.   Rehearing denied October 25, 1927.   Transfer denied December 7, 1927.]

From Marion Municipal Court (1,250) ; *Richard M. Coleman,* Judge pro tem.

Action between Robert Beilach, etc., and Joseph J. Urlewitz. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Frank Mellis,* for appellant.

*Frank A. Symmes, Garth B. Melson* and *Donald F. Lafuze,* for appellee.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.

COLVIN *v.* JEWELL.

[No. 12,983.   Filed December 9, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Leslie Colvin and Caroline Jewell. From the award made, the former appeals. *Affirmed.* By the court in banc.

*Joseph W. Hutchinson* and *W. J. Goff,* for appellant.

*William E. Jeffrey,* for appellee.

PER CURIAM.—Award affirmed.